John S. Worden, Nevada Bar # 7563
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Tel.: (415) 901-8700
Fax: (415) 901-8701
jworden@schiffhardin.com

Carlos Blumberg, Nevada Bar #7607
BLUMBERG LAW FIRM
10161 Park Run Drive, Suite #150
Las Vegas, Nevada, 89144
Tel.: (702) 388-0005
Fax: (702) 258-0002
BlumbergLaw@aol.com

Maxim H. Waldbaum, *pro hac vice application to follow*
Brian Neff, *pro hac vice application to follow*
Henry Mann, *pro hac vice application to follow*
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Tel.:  (212) 753-5000
Fax:  (212) 753-5044
mwaldbaum@schiffhardin.com
bneff@schiffhardin.com
hmann@schiffhardin.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NEWSTAR CHEMICALS (M) SDN BHD., a Malaysian private limited company, NEWSTAR HOLDINGS PTE LTD., a Singaporean private limited company, and RANDALL HART,<br><br>              Plaintiffs,<br><br>   v.<br><br>MEGOLA, INC., a Nevada Corporation, and DOES 1 through 500,<br><br>              Defendants. | Case No. 2:11-CV-926-GMN-(RJJ)<br><br><br>**(PROPOSED) ORDER GRANTING PRELIMINARY INJUNCTION** |

THIS MATTER having been presented to the Court upon Plaintiffs' application by order to show cause for a preliminary injunction, supported by declarations of Plaintiff Randall Hart and Maxim H. Waldbaum, Esq., and an accompanying Motion; and Defendant Megola, Inc. ("Megola") having been served with Plaintiffs' moving papers; and the Court having determined that Plaintiffs have made a sufficient showing of a likelihood of success on their assertions that Megola lacks manufacturing, distribution or trademark rights with respect to Plaintiffs' Hartindo AF21 ("AF21") product, and that Plaintiffs will likely suffer irreparable harm in the absence of an injunction; it is hereby

**ORDERED** that, during the pendency of this action, Megola is enjoined from: (1) using to the "Anti-Fire 21" or "AF21" marks in connection with the sale or marketing of Megola's products; and (2) asserting – in communications with Plaintiffs' customers, through press releases, or through any other means – that Megola is authorized to manufacture or distribute AF21; and it is further

**ORDERED** that Plaintiffs are not required to post a bond or other security; and it is further

**ORDERED** that a copy of this Order shall be served on Megola within five (5) days of the entry of the Order.

_____
Hon. Gloria M. Navarro
United States District Judge

Dated:

Issued:  Las Vegas, Nevada