John S. Worden, Nevada Bar # 7563
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Tel.: (415) 901-8700
Fax: (415) 901-8701
jworden@schiffhardin.com

Carlos Blumberg, Nevada Bar #7607
BLUMBERG LAW FIRM
10161 Park Run Drive, Suite #150
Las Vegas, Nevada, 89144
Tel.: (702) 388-0005
Fax: (702) 258-0002
BlumbergLaw@aol.com

Maxim H. Waldbaum, *pro hac vice application to follow*
Brian Neff, *pro hac vice application to follow*
Henry Mann, *pro hac vice application to follow*
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Tel.:  (212) 753-5000
Fax:  (212) 753-5044
mwaldbaum@schiffhardin.com
bneff@schiffhardin.com
hmann@schiffhardin.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWSTAR CHEMICALS (M) SDN BHD., a Malaysian private limited company, NEWSTAR HOLDINGS PTE LTD., a Singaporean private limited company, and RANDALL HART<br><br>          Plaintiffs,<br><br>     v.<br><br>MEGOLA, INC., a Nevada Corporation, and DOES 1 through 500,<br><br>          Defendants. | Case No. 2:11-CV-926-GMN-(RJJ)<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

Upon the declarations of Randall Hart and Maxim H. Waldbaum, Esq., and the exhibits annexed thereto, and upon the accompanying Motion, it is hereby

**ORDERED** that Defendant Megola, Inc. ("Megola") show cause before the Honorable Gloria M. Navarro, U.S.D.J., at the Lloyd D. George United States Courthouse, 333 S. Las Vegas Boulevard, Las Vegas, NV 89101, on _____ ___, 2011, at ____ o'clock ___.m., or as soon thereafter as counsel may be heard, why an order, in the form attached hereto, should not be entered enjoining Megola during the pendency of this action from: (1) using to the "Anti-Fire 21" or "AF21" marks in connection with the sale or marketing of Megola's products; and (2) asserting – in communications with Plaintiffs' customers, through press releases, or through any other means – that Megola is authorized to manufacture or distribute AF21; and it is further

**ORDERED** that a copy of this Order and the papers submitted by Plaintiffs in connection therewith shall be served on Megola by overnight mail on or before _____, 2011; and it is further

**ORDERED** that answering papers, if any, must be served on Plaintiffs' counsel, John S. Worden, Esq., Schiff Hardin LLP, One Market, Spear Street Tower, Thirty-Second Floor, San Francisco, CA  94105, by overnight mail on or before _____ ____, 2011; and it is further

**ORDERED** that because Megola is a corporation, any appearance by it in this

-3-

action must be through counsel and cannot be through an officer or *pro se*.

 

_____
Hon. Gloria M. Navarro
United States District Judge

Dated:

Issued:  Las Vegas, Nevada