1  Jonathan W. Fountain
   Nevada Bar No. 10351
2  LEWIS AND ROCA LLP
   3993 Howard Hughes Pkwy.
3  Suite 600
   Las Vegas, Nevada 89169
4  Telephone: (702) 949-8200
   Facsimile: (702) 949-8298
5
   Attorneys for Defendant
6  Megola, Inc.

7               UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9  NEWSTAR CHEMICALS (M) SDN BHD., a        Case No. 2:11-cv-00926-GMN-(RJJ)
   Malaysian private limited company,
10 NEWSTAR HOLDINGS PTE LTD., a             **REPLY IN SUPPORT OF**
   Singaporean private limited company, and **DEFENDANT'S MOTION FOR**
11 RANDALL HART,                           **EXTENSION OF TIME AND**
                                            **ADJOURNMENT OF JULY 7**
12                    Plaintiffs,           **HEARING DATE**

13              vs.

14 MEGOLA, INC., a Nevada corporation and
   DOES 1 through 500,
15
                      Defendants.
16

17         Defendant Megola, Inc. ("Megola" and/or "Defendant") hereby submits its reply in support

18 of it motion for entry of an order extending the time for Megola to file and serve its opposition to

19 Plaintiffs' motion for a *permanent* injunction.[1]

20                              Introduction

21         Whether and to what extent Defendant should be granted an extension of time should be a

22 function of how the Court intends to proceed.  If the Court intends for Defendant to file a

23 comprehensive response by July 1 and defend itself at a full-blown evidentiary hearing on July 7

24 then there is no question that Defendant and its undersigned counsel have not had a sufficient

25 opportunity to meet and learn the facts of this case, conduct an investigation into Plaintiffs'

26

27 _____
   [1]     Although Plaintiffs filed a motion seeking a *preliminary* injunction, it now appears that Plaintiffs are
   attempting to obtain a *permanent* injunction on a hurry-up basis.  (*See* Pltfs.' Opp. Br. at 3 ("The fact that Megola has
28 indicated it is prepared to file a responding brief by July 19, 2011, while not requesting any discovery, supports
   Plaintiffs' position that a short briefing schedule is warranted for Plaintiffs' request for a *permanent* injunction")).

1   allegations, review documents, conduct witness interviews, or obtain discovery from Plaintiffs.  If,

2   on the other hand, the Court merely desires initial briefing and a short hearing to determine the

3   scope of the parties' dispute and whether and to what extent any discovery may be necessary prior

4   to receiving additional briefing and conducting an evidentiary hearing, then Defendant and its

5   counsel would likely still need an extension of time, but a much shorter one.

6                                                <u>Argument</u>

7           The Court should clarify how it intends to address Plaintiffs' motion and, in any event,

8   should grant Defendant an extension of time to file and serve its opposition brief for the following

9   reasons.

10          *First*, Plaintiffs have unreasonably insisted that Defendant file a response to Plaintiffs'

11  motion by July 1, 2011.  (*See* Exhibit A.)  This demand is unreasonable because the time for

12  Defendant to respond under the federal and local rules is July 5.  Plaintiffs' motion was served on

13  June 16.  (*See* Docket No. 12.)  Under Local Rule 7-2, Defendant has 14 days to respond (*i.e.*,

14  until June 30, 2011).  However, under Federal Rules of Civil Procedure 5(b)(2)(C) and 6(d),

15  Defendant is entitled to an additional three days (*i.e.*, until July 3, 2011) because the motion was

16  served by mail.  And, because July 3 falls on a Sunday, and because July 4 is a federal holiday,

17  under Federal Rule of Civil Procedure 6(a)(1)(C), the time for Defendant to respond is extended

18  until the next day that is not a weekend or a legal holiday.  Thus, the soonest Defendant's

19  opposition is due under the federal and local rules is July 5, 2011.[2]

20          *Second*, the Court should grant the requested extension because Defendant has been

21  diligent in obtaining counsel.  Plaintiffs' motion was served on June 16, 2011.  (*See* Docket No.

22  12.)  Defendant diligently retained the undersigned just four days later, on June 20, 2011.  (*See*

23  Docket No. 13, Deft.'s Mot. for Ext. of Time at 1, ll. 25.)  Nevertheless, Defendant's undersigned

24  counsel has not had a sufficient opportunity to meet with Defendant's principal, who resides in

25  Canada, to review documents concerning the agreements and corporate transactions bearing on

26  Plaintiffs' alleged rights in the HARTINDO AF21 mark, or to conduct legal research with respect

27

---

[2]         The Court has not entered an order setting a different date.  The Court's minute order of June 15, 2011 states
that a briefing schedule will be established at the July 7, 2011 hearing.  (*See* Docket No. 11.)  Thus, it was initially
unclear to Defendant whether any response was required prior to the scheduled July 7 hearing.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

28

589764.1

1    to the same.  In addition, the undersigned has been substantially involved in two unrelated actions

2    in the last two weeks where temporary injunctive relief was or is being sought.  While the press of

3    business may not be an issue for Plaintiff who has at least five lawyers arrayed against Defendant,

4    requiring the undersigned to fully respond to the motion by July 1, 2011 would do violence to

5    notions of due process and the strong federal policy of deciding disputes on the merits.  And,

6    although Plaintiffs argue that Defendant has been on notice of its claims since May 20, 2011,

7    Defendant's undersigned counsel received no such notice prior to being retained by Defendant.

8         *Third*, other than making blanket assertions about unspecified damage to its alleged

9    trademark rights and Defendant continuing to make allegedly damaging statements, Plaintiffs have

10    not demonstrated that they will suffer any actual prejudice by the requested extension.  Plaintiffs'

11    refusal to consent to the requested extension appears to be nothing more than an attempt to

12    increase the burden of litigation on Defendant.

13    Conclusion

14         Defendant respectfully requests that the Court clarify how it intends to address Plaintiffs'

15    motion or, in the alternative, that the Court grant Defendant an extension of time (both with

16    respect to the filing of its opposition brief and with respect to the conduct of any hearing) of

17    sufficient duration to allow Defendant to investigate Plaintiffs' allegations, meet and confer with

18    its counsel, conduct any necessary discovery, and otherwise meet Plaintiffs' motion on the merits.

19         Dated: this 27th day of June, 2011.

20             Respectfully submitted,

21             LEWIS AND ROCA LLP

22             By: _____s/Jonathan W. Fountain_____

23             Jonathan W. Fountain (NV Bar No. 10351)
                3993 Howard Hughes Parkway, Suite 600

24             Las Vegas, NV 89169

25             (702) 949-8200 (Tel.)
                (702)  949-8398 (Fax)

26             Attorneys for Defendant

27             Megola, Inc.

28

1

### CERTIFICATE OF SERVICE

2      Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of

3 Lewis and Roca LLP and that on this 27th day of June, 2011, I caused the foregoing document

4 entitled: REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME

5 AND ADJOURNMENT OF JULY 7 HEARING DATE, to be served via the Court's CM/ECF

6 system to the following counsel of record:

7
        John S. Worden                          Carlos Blumberg
        SCHIFF HARDIN LLP                       BLUMBERG LAW FIRM
8       One Market, Spear Street Tower          10161 Park Run Drive,
        Thirty-Second Floor                     Suite #150
9       San Francisco, CA 94105                 Las Vegas, Nevada, 89144

10      I hereby further certify that on this 28th day of June, 2011, I caused the foregoing

11 document entitled: REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF

12 TIME AND ADJOURNMENT OF JULY 7 HEARING DATE, to be served via first-class United

13 States mail upon the following non-CM/ECF users:

14
        Maxim H. Waldbaum
        Brian Neff
15      Henry Mann
        SCHIFF HARDIN LLP
16      666 Fifth Avenue, 17th Floor
        NEW YORK, NY 10103

17
                                    _____s/Jonathan W. Fountain_____
18                                  An employee of Lewis and Roca LLP

19

20

21

22

23

24

25

26

27

28

Exhibit A

**From:** Neff, Brian J. [BNeff@schiffhardin.com]

**Sent:** Tuesday, June 21, 2011 10:59 AM

**To:** Fountain, Jonathan

**Cc:** Waldbaum, Maxim H.; Worden, John S.; BlumbergLaw@aol.com; Mann, Henry L.; Behnen, Henry P.

**Subject:** RE: Newstar Chemicals, et al. v. Megola, Inc.

Entry #7 on the Court's docket indicates that your response is due by 7/1.  A cert of service was filed about an hour ago.

---

**From:** Fountain, Jonathan [mailto:JFountain@lrlaw.com]
**Sent:** Tuesday, June 21, 2011 12:57 PM
**To:** Neff, Brian J.
**Cc:** Waldbaum, Maxim H.; Worden, John S.; BlumbergLaw@aol.com; Mann, Henry L.; Behnen, Henry P.
**Subject:** RE: Newstar Chemicals, et al. v. Megola, Inc.

Thanks.  However, Megola's response to the preliminary injunction motion is not due on 7/1.  Judge Navarro's minute order states that on 7/7 she is going to set a briefing schedule with respect to the preliminary injunction motion.  I also not that it is not clear whether a copy of the motion has even been served on Megola since no certificate of service was filed.  Even if Judge Navarro did not intend to set a briefing schedule at the 7/7 hearing, any response date would run, at the earliest, from the date the motion was served.  Under our local rules Megola would have 14 + 3 days from the date of service to file and serve a response.



Jonathan W. Fountain
Partner
Lewis and Roca LLP • Suite 600
3993 Howard Hughes Parkway • Las Vegas, Nevada 89169-5996
Tel (702) 949-8340 • Fax (702) 949-8374
JFountain@LRLaw.com • www.LewisandRoca.com/Fountain

 Please consider the environment before printing this e-mail.

---

**From:** Neff, Brian J. [mailto:BNeff@schiffhardin.com]
**Sent:** Tuesday, June 21, 2011 7:58 AM
**To:** Fountain, Jonathan
**Cc:** Waldbaum, Maxim H.; Worden, John S.; BlumbergLaw@aol.com; Mann, Henry L.; Behnen, Henry P.
**Subject:** RE: Newstar Chemicals, et al. v. Megola, Inc.

Dear Mr. Fountain:

On behalf of the Plaintiffs in the Nevada action, we consent to 7/5 as the due date for Megola to answer/respond to the complaint in that action.  Although your email does not request any extension of the 7/1/11 due date for Megola's response to the application for a Preliminary Injunction, or the 7/7/11 court date, I'd like to clarify that we do not consent to any adjournment of those dates.

Regards,

Brian

---

**From:** Fountain, Jonathan [mailto:JFountain@lrlaw.com]
**Sent:** Monday, June 20, 2011 7:40 PM
**To:** Neff, Brian J.; Mann, Henry L.
**Subject:** FW: Newstar Chemicals, et al. v. Megola, Inc.; Ecoblu v. Megola, Inc.

Please see below.

Regards,

Jonathan



**Jonathan W. Fountain**
Partner
Lewis and Roca LLP • Suite 600
3993 Howard Hughes Parkway • Las Vegas, Nevada 89169-5996
Tel (702) 949-8340 • Fax (702) 949-8374
JFountain@LRLaw.com • www.LewisandRoca.com/Fountain

 Please consider the environment before printing this e-mail.

---

**From:** Fountain, Jonathan
**Sent:** Monday, June 20, 2011 4:35 PM
**To:** 'jworden@shiffhardin.com'; 'mwaldbaum@schiffhardin.com'; 'bmeff@shiffhardin.com'; 'bmann@schiffhardin.com'; 'blumberglaw@aol.com'
**Subject:** Newstar Chemicals, et al. v. Megola, Inc.; Ecoblu v. Megola, Inc.

Gentlemen:

We have been retained to represent Megola, Inc. in connection with actions filed against it in California and Nevada.  Please let me know if you will consent to an extension until 7/5 for Megola to answer or otherwise respond.

Best regards,

Jonathan



**Jonathan W. Fountain**
Partner
Lewis and Roca LLP • Suite 600
3993 Howard Hughes Parkway • Las Vegas, Nevada 89169-5996
Tel (702) 949-8340 • Fax (702) 949-8374
JFountain@LRLaw.com • www.LewisandRoca.com/Fountain

 Please consider the environment before printing this e-mail.

---

For more information about **Lewis and Roca LLP**, please go to **www.lewisandroca.com.**

Phoenix (602)262-5311      Minden (775)586-9500
Tucson (520)622-2090      Albuquerque (505)764-5400
Las Vegas (702)949-8200   Silicon Valley (650)391-1380
Reno (775)823-2900

 This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail by return E-Mail or by telephone.
 In accordance with Internal Revenue Service Circular 230, we advise you that if this email contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

----------------------------------------------------------------
Tax Matters: To the extent this message or any attachment concerns
tax matters, it is not intended or written to be used, and cannot
be used by a taxpayer, for the purpose of avoiding penalties
that may be imposed on the taxpayer under law.
----------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.

```
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
-----------------------------------------------------------------
```