## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEVADA

CASE NO.: 2:11-CV-00926-GMN-RJJ

Gregory Brown, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Megola, Inc., c/o Registered Agent, Incorp. Services, Inc.** at **2360 Corporate Circle, Suite 400, Henderson, NV 89074-7722** resulting in:

✓ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the 13 day of June, 2011 at 3:40 P.M.
Name: Aurora Murtey  Title: Service of Process Administrator

___ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: Female              Hair Color/Style: Blonde
Race: White              Height (approx.): 5'10"
Age (approx.) 25         Weight (approx.): 140
Notable Features/Notes: _____

Signed and Sworn to before me
This 14 day of June, 2011.

Denise Alford
Notary Public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
DENISE ALFORD
Appt. No. 04-86706-1
My Appt. Expires Feb. 3, 2012

Served By: Gregory Brown - ID# R-01368

Registered Process Server
Title: Under NV Lic. 981

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| Newstar Chemicals (M) SDN BHD, et al., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:11-cv-00926-GMN-RJJ |
| Megola, Inc. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Megola, Inc.
214 LaSalle Line
Sarnia, Ontario, Candaa N7T 7H5
and
care of Incorp. Services, Inc., Registered Agent for Service of Process
2360 Corporate Circle, Suite 400
Henderson, Nevada 89074-7722

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John S. Worden
Schiff Hardin LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

6/8/11
DATE