UNITED STATES DISTRICT COURT
for the

District of Nevada

NEWSTAR CHEMICALS (M) SDN BHD, et al.

    Plaintiff

v.

                                  Civil Action No.:  2:11-cv-00926-GMN-RJJ

MEGOLA, INC.

    Defendant

### AFFIDAVIT OF SERVICE

I, John Vollmar, being a Process Server in the Municipality of Bright's Grove, in the Province of Ontario...

**MAKE OATH and SAY:**

1. On Monday June 13, 2011 at 10:30 a.m. I did serve Megola, Inc. with the **Summons in a Civil Action** by delivering said document to Megola, Inc. at their given address of 214 LaSalle Line, Sarnia, Ontario N7T 7H5, Canada, where said **Summons in a Civil Action** was accepted by Mr. Joel Gardner, the President and CEO of Megola, Inc.

2. I was able to identify Mr. Joel Gardner by his verbal acknowledgement of his name.

Sworn Before Me in the Municipality of Bright's Grove, in the Province of Ontario...
This ___ Day of June 2011

_____  
Notary Public

_____  
John Vollmar

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEWSTAR CHEMICALS (M) SDN BHD., a Malaysian private limited company, NEWSTAR HOLDINGS PTE LTD., a Singaporean private limited company, and RANDALL HART<br><br>        Plaintiffs<br><br>        v.<br><br>MEGOLA, INC., a Nevada Corporation, and DOES 1 through 500,<br><br>        Defendants | Case No. 2:11-CV-926 |

### AFFIDAVIT OF SERVICE

I, John Vollmar, being a Process Server in the Municipality of Bright's Grove, in the Province of Ontario...

**MAKE OATH and SAY:**

1. On Monday June 13, 2011 at 10:30 a.m. I did serve Megola, Inc., a Nevada Corporation with the **Complaint** by delivering said document to Megola, Inc., a Nevada Corporation at their given address of 214 LaSalle Line, Sarnia, Ontario N7T 7H5, Canada, where said the aforementioned **Complaint** was accepted by Mr. Joel Gardner, the President and CEO of Megola, Inc., a Nevada Corporation.

2. I was able to identify Mr. Joel Gardner by his verbal acknowledgement of his name.

Sworn Before Me in the Municipality of Bright's Grove, in the Province of Ontario...
This _20th_ Day of June 2011

_____
Notary Public

_____
John Vollmar