1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NEWSTAR CHEMICALS (M) SDN BHD., NEWSTAR
HOLDINGS PTE LTD., and RANDALL HART )
                     Plaintiff, )

        vs. )

MEGOLA, INC., a Nevada Corporation, and DOES )
1 through 500 )

              Defendant(s). )

Case # 2:11-CV-926-GMN-(RJJ)

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

      Maxim H. Waldbaum , Petitioner, respectfully represents to the Court:

1.    That Petitioner resides at _____New York City_____.
                                      (city)

   New York County       ,        New York       .
      (county)                           (state)

2.    That Petitioner is an attorney at law and a member of the law firm of
_____Schiff Hardin LLP_____ with offices at
_____666 Fifth Avenue_____,
  New York City   (street address)   10103  ,  (212) 753-5000 .
   (city)                        (zip code)    (area code + telephone number)
  mwaldbaum@schiffhardin.com .
   *(Email address)*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.      That Petitioner has been retained personally or as a member of the law firm by

Newstar Chems., Newstar Hldgs, and Randall Hart      to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

4.      That since _____June 1, 1971_____, Petitioner has been and presently is a member
(date)

in good standing of the bar of the highest Court of the State of_____New York (#1532795)_____
(state)

where Petitioner regularly practices law.

5.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Supreme Court | June 1982 | MW4615 |
| Court of Appeals for the Second Circuit | July 1972 | MW4615 |
| Court of Appeals for the Federal Circuit | October 1982 | MW4615 |
| U.S. District Court for the Southern Dist. of New York | July 1972 | MW4615 |
| U.S. District Court for Eastern Dist. of New York | July 1972 | MW4615 |
| U.S. District Court for the Eastern Dist. of Michigan | May 1984 | MW4615 |

6.      That there are or have been no disciplinary proceedings instituted against Petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

N/A

2

7.      Has Petitioner ever been denied admission to the State Bar of Nevada?.  (If yes, give particulars of every denied admission):

> No.

8.      That Petitioner is a member of good standing in the following Bar Associations:

> New York State Bar Association

9.      Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF _____New York_____ )
                                )
COUNTY OF _____New york_____ )

_____Maxim H. Waldbaum_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

_27+n_ day of _June_ , _2011_ .

_____
Notary public or Clerk of Court

MARIA G. CECCACCI
Notary Public State of New York
NO. 01CE5022902
Qualified in Richmond County
Commission Expires January 24, 20_14_

## DESIGNATION OF RESIDENT ATTORNEY
## ADMITTED TO THE BAR OF THIS COURT
## AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Carlos Blumberg_____, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Carlos Blumberg & Associates
4500 E Bonanza Rd # 8
Las Vegas, NV 89110-3365

(Street, City, State, Zip Code and Telephone No.)

4

1

2    By this designation the Petitioner and undersigned party(ies) agree that this designation

3    constitutes agreement and authorization for the designated resident admitted counsel to sign

4    stipulations binding on all of us.

5

6    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

7

8    The undersigned party(ies) appoints _____ Carlos Blumberg _____ as

9    his/her/their Designated Resident Nevada Counsel in this case.

10

11   [Newstar Chems. (M) SDN BHD.] _____

12   (Party signature)
     [Newstar Holdings PTE Ltd.] _____

13   (Party signature)
     [Randall Hart] _____

14

15   (Party signature)

16

17   **CONSENT OF DESIGNEE**

18

19   The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

20

21   _____Carlos Blumberg /HB_____   7607

     Designated Resident Nevada Counsel's Signature        Bar number

22

23

24   APPROVED:

25   Dated: this _____ day of _____, 20___.

26   _____

27   UNITED STATES DISTRICT JUDGE

28

5

Rev 07.06