**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NEWSTAR CHEMICALS (M) SDN BHD., NEWSTAR HOLDINGS PTE LTD., and RANDALL HART

Plaintiff,

vs.

MEGOLA, INC., a Nevada Corporation, and DOES 1 through 500

Defendant(s).

Case # 2:11-CV-926-GMN-(RJJ)

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

Henry L. Mann, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at New York City (city), New York County (county), New York (state).

2. That Petitioner is an attorney at law and a member of the law firm of Schiff Hardin LLP with offices at 666 Fifth Avenue (street address), New York City (city), 10103 (zip code), (212) 753-5000 (area code + telephone number). hmann@schiffhardin.com *(Email address)*.

3. That Petitioner has been retained personally or as a member of the law firm by Newstar Chems., Newstar Hldgs, and Randall Hart [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since June 26, 2007 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (#4519716) (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| Southern District of New York | September 29th, 2009 | HM0327 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

New York State Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

[signature]
Petitioner's Signature

STATE OF New York )
)
COUNTY OF New york )

Henry L. Mann, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

[signature]
Petitioner's Signature

Subscribed and sworn to before me this 21 day of June, 2011.

[signature]
Notary public or Clerk of Court

[Notary stamp: ERICA LAUREN TUCKER, Notary Public, State of New York, No. 01TU6169142, Qualified in New York County, Commission Expires June 18, 2015]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Carlos Blumberg, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Carlos Blumberg & Associates
4500 E Bonanza Rd # 8
Las Vegas, NV 89110-3365

(Street, City, State, Zip Code and Telephone No.)

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints Carlos Blumberg as his/her/their Designated Resident Nevada Counsel in this case.

[Newstar Chems. (M) SDN BHD] Randall Hart
(Party signature)

[Newstar Holdings PTE Ltd.] Randall Hart
(Party signature)

[Randall Hart] Randall Hart
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Carlos Blumberg /HB 7607
Designated Resident Nevada Counsel's Signature Bar number

APPROVED:

Dated: this ______ day of ______________, 20___.

______________________________
UNITED STATES DISTRICT JUDGE



Rev 07/06