John S. Worden, Nevada Bar # 7563
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Tel.: (415) 901-8700
Fax: (415) 901-8701
jworden@schiffhardin.com

Carlos Blumberg, Nevada Bar #7607
BLUMBERG LAW FIRM
10161 Park Run Drive, Suite #150
Las Vegas, Nevada, 89144
Tel.: (702) 388-0005
Fax: (702) 258-0002
BlumbergLaw@aol.com

Maxim H. Waldbaum, *pro hac vice pending*
Brian Neff, *pro hac vice pending*
Henry Mann, *pro hac vice pending*
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Tel.: (212) 753-5000
Fax: (212) 753-5044
mwaldbaum@schiffhardin.com
bneff@schiffhardin.com
hmann@schiffhardin.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NEWSTAR CHEMICALS (M) SDN BHD., a Malaysian private limited company, NEWSTAR HOLDINGS PTE LTD., a Singaporean private limited company, and RANDALL HART,<br><br>            Plaintiffs,<br><br>v.<br><br>MEGOLA, INC., a Nevada Corporation, and DOES 1 through 500,<br><br>            Defendants. | Case No. 2:11-CV-926-GMN-(RJJ)<br><br>**AFFIDAVIT OF JOHN S. WORDEN, ESQ., IN SUPPORT OF ENTRY OF DEFAULT WITH REQUEST TO CLERK** |

I, John S. Worden, being duly sworn, declare:

1. I am an attorney-at-law of the State of Nevada and a member of Schiff Hardin, LLP, counsel for Plaintiffs in the above-captioned matter. I make this affidavit in support of Plaintiffs' request that the Clerk enter default against Defendant Megola, Inc. ("Megola") in accordance with Federal Rule of Civil Procedure 55(a)

2. A copy of the summons and complaint was served on Megola, a Nevada corporation with its principal offices in Ontario, Canada, on June 13, 2011.

3. The Affidavit of Special Process Server by Gregory Brown, registered process server under Nevada License No. 981, for service of Megola care of its registered agent for service of process in Henderson, Nevada, accepted by its service of process administrator, is on file in this action as Docket No. 18. The Affidavit of Service by John Vollmar, Process Server in the Municipality of Bright's Grove, in the Province of Ontario, Canada, for service of Megola at its primary business address in Ontario, Canada, accepted by Mr. Joel Gardner, the President and Chief Executive Officer of Megola, is on file in this action as Docket No. 19.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Megola to answer or otherwise respond to the Complaint was July 5, 2011 (21 days from the date of the June 13, 2011, service).

5. Plaintiffs have not agreed to any extension of time beyond the July 5, 2011, deadline, nor has the Court granted any such extension.

6. Megola has not answered or otherwise responded to the Complaint in this case, and the time for Megola to answer or otherwise respond has expired.

Dated: July 6, 2011.

_____
John S. Worden

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Subscribed and sworn to before me on the 6th day of July, 2011, by John S. Worden, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



_____
Notary Public

### REQUEST TO CLERK TO ENTER DEFAULT

To: Clerk, United States District Court, District of Nevada

Defendant Megola, Inc., having failed to answer or otherwise respond to the Complaint in the above-entitled action, and the time for such appearance having expired, you are requested to enter Defendant's default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: July 6, 2011

_____
John S. Worden, Nevada Bar # 7563
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Tel.: (415) 901-8700
Fax: (415) 901-8701
jworden@schiffhardin.com

NY\51009655.2