UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Newstar Chemicals (M) SDN BHD et al<br><br>Plaintiff(s),<br>vs.<br><br><br>Megola Inc<br><br>Defendant(s). | Case # 2:11-CV-0926 GMN-RJJ<br><br>DEFAULT |

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __June 7, 2011__
(Original, Amended, etc)         (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Megola Inc__

_____

_____

in the above-entitled action is hereby entered.

DATED: __July 8, 2011__

LANCE S. WILSON, CLERK

By: /s/ Eileen Sterba
_____
Deputy Clerk