# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NEWSTAR CHEMICALS (M) SDN BHD., NEWSTAR HOLDINGS PTE LTD., and RANDALL HART

Plaintiff,

vs.

MEGOLA, INC., a Nevada Corporation, and DOES 1 through 500

Defendant(s).

Case # 2:11-CV-926-GMN-(RJJ)

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Maxim H. Waldbaum_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at ____New York City____.
(city)

____New York County____, ____New York____.
(county)                          (state)

2. That Petitioner is an attorney at law and a member of the law firm of ____Schiff Hardin LLP____ with offices at ____666 Fifth Avenue____,
(street address)

____New York City____, ____10103____, ____(212) 753-5000____.
(city)           (zip code)      (area code + telephone number)

____mwaldbaum@schiffhardin.com____.
(Email address)

3. That Petitioner has been retained personally or as a member of the law firm by ___Newstar Chems., Newstar Hldgs, and Randall Hart___ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since ___June 1, 1971___, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of ___New York (#1532795)___
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Supreme Court | June 1982 | MW4615 |
| Court of Appeals for the Second Circuit | July 1972 | MW4615 |
| Court of Appeals for the Federal Circuit | October 1982 | MW4615 |
| U.S. District Court for the Southern Dist. of New York | July 1972 | MW4615 |
| U.S. District Court for Eastern Dist. of New York | July 1972 | MW4615 |
| U.S. District Court for the Eastern Dist. of Michigan | May 1984 | MW4615 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

New York State Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF     New York          )
COUNTY OF   New york          )

_____Maxim H. Waldbaum_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

27+n day of June, 2011.

_____
Notary public or Clerk of Court

MARIA G. CECCACCI
Notary Public State of New York
NO. 01CE5022902
Qualified in Richmond County
Commission Expires January 24, 20 14

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Carlos Blumberg_____, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

```
Carlos Blumberg & Associates
4500 E Bonanza Rd # 8
Las Vegas, NV 89110-3365
```

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Carlos Blumberg_____ as his/her/their Designated Resident Nevada Counsel in this case.

[Newstar Chems. (M) SDN BHD]
(Party signature)
[Newstar Holdings PTE Ltd.]
(Party signature)
[Randall Hart]
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____Carlos Blumberg/HB_____  7607
Designated Resident Nevada Counsel's Signature    Bar number

**APPROVED** this 7th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge

Rev 07.06