

Jonathan W. Fountain
Nevada Bar No. 10351
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8298

Attorneys for Defendant
Megola, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEWSTAR CHEMICALS (M) SDN BHD., a Malaysian private limited company, NEWSTAR HOLDINGS PTE LTD., a Singaporean private limited company, and RANDALL HART,<br><br>Plaintiffs,<br><br>vs.<br><br>MEGOLA, INC., a Nevada corporation and DOES 1 through 500,<br><br>Defendants. | Case No. 2:11-cv-00926-GMN-(RJJ)<br><br>**ORDER GRANTING LEWIS AND ROCA LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MEGOLA, INC.** |

The Court, having reviewed Lewis and Roca LLP's Motion to Withdraw as Counsel for Defendant Megola, Inc. and the Declaration of Jonathan W. Fountain, and finding that good cause exists for withdrawal, Lewis and Roca LLP's Motion to Withdraw as Counsel for Defendant Megola, Inc. is **GRANTED**.

Defendant Megola, Inc. is informed that a corporation may not appear in federal court unless represented by licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993). Failure to comply with the requirement that it be represented by counsel may lead to a default judgment against corporate defendant, or dismissal of the corporation's claims, or both. *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Megola, Inc. must therefore retain new counsel without delay.

Defendant Megola, Inc.'s new counsel shall file a notice of appearance not later than _____July 21st, 2011_____. Lewis and Roca LLP shall forthwith provide a copy of this order to Defendant Megola, Inc.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____July 7, 2011_____