Jonathan W. Fountain
Nevada Bar No. 10351
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8298

Attorneys for Defendant
Megola, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEWSTAR CHEMICALS (M) SDN BHD., a Malaysian private limited company, NEWSTAR HOLDINGS PTE LTD., a Singaporean private limited company, and RANDALL HART,<br><br>Plaintiffs,<br><br>vs.<br><br>MEGOLA, INC., a Nevada corporation and DOES 1 through 500,<br><br>Defendants. | Case No. 2:11-cv-00926-GMN-(RJJ)<br><br>**CERTIFICATE OF SERVICE** |

I certify that I am a partner of Lewis and Roca LLP and that on July 8, 2011, I served, via Federal Express, a copy of the Court's order, (Docket No. 29), dated July 7, 2011, upon the following:

Joel Gardner
Megola, Inc.
214 LaSalle Line
Sarnia, ON, Canada
N7T 7H5

I hereby further certify that on July 11, 2011, I served, via Federal Express, a copy of the minutes of the Court's July 7, 2011 hearing upon the foregoing.

Dated: this 11th day of July, 2011.

                                                    /s/Jonathan W. Fountain
                                              An employee of Lewis and Roca LLP