# UNITED STATES DISTRICT COURT
*DISTRICT OF NEVADA*

Lance S. Wilson, Clerk

| | |
|---|---|
| Office of the Clerk<br>400 South Virginia St.<br>Reno, NV 89301 | Office of the Clerk<br>333 Las Vegas Blvd.<br>Las Vegas, NV 89101 |

**To:** Joel Gardner (Via E-mail: amurphy@megola.com)
Megola, Inc.
214 LaSalle Road
Sarnia, ON Canada   N7T 7H5

**Re:** Correspondence Received on 07/20/2011

**MINUTE ORDER**

Case No. 2:11-cv-00926-GMN-RJJ

---

[ ]   **COPYWORK:** The Clerk's Office will provide copies of documents and of a docket sheet at $0.10 per page for documents filed 2005-present. Copies are $0.50 per page for documents retrieved from archives. Checks in the exact amount should be made payable to "Clerk, USDC." Please note: in forma pauperis status does not include the cost of copies.

[ ]   **CONFORMED COPIES:** The Court requires the original plus one copy of most pleadings. See Local Rules of Civil Practice, Rule 10-4. If you wish to have a conformed copy returned to you, you must file an original plus two (2) copies and provide the court with a self-addressed stamped envelope with the correct postage.

[ ]   **CASE STATUS INQUIRES:** The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the Court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the Court apprised of your current address, you will receive all Court decisions which might affect the status of your case. If you have not submitted a document required in your case, the Court will notify you.

[ ]   **DISCOVERY DOCUMENTS:** Pursuant to the Local Rules of Civil Practice, Rule 26-8, interrogatories, responses, and proofs of service shall not be filed with the Clerk of Court, unless ordered by the Court.

[ ]   **LOCAL RULES:** The District of Nevada's Local Rules are available on the Court's website at www.nvd.uscourts.gov

[ ]   **LEGAL ADVICE:** Neither the Court nor the Clerk's Office can give legal advice.

[ ]   **EVIDENCE SUBMITTED:** The Court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the Court unless so ordered.

[ ]   **REQUESTED FORMS:** Your requested forms are enclosed.

[ ]   **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

**X**   **MOTIONS:** A document requesting a Court order must be styled as a motion, not a letter (see F.R.C.P. 7). **Letters to a judge will be disregarded.**

[ ]   **SERVICE:** The Court will notify you when it is time for service in your case.

[ ]   **OTHER:**

**DATED** this 21st day of July, 2011.

_____
Gloria M. Navarro
United States District Judge



# FAX TRANSMITTAL

Megola Inc. 214 La Salle Line
Sarnia, ON Canada N7T 7H5
T: 519.336.0628    F: 519.336.0625
TF: 1.888.558.6389  www.megola.com

To: _Judge Navarro Office_

Company:

Re:

Fax Number: 702 464 5491

Date:

From:

CC:

Number of Pages:

[X] Urgent   ( ) For Your Records   ( ) Response Required   ( ) Please Review

**COMMENTS**

The information contained in fax messages you may receive from Megola, Inc. is confidential and may also be legally privileged, and we ask that you treat it with the same respect that you would give your own. The fax is intended for the recipient only and access to it by anyone else is unauthorised. We would ask unauthorised recipients to maintain confidentiality. If you have received such fax in error, we apologise, and ask you to notify Megola, Inc. immediately. Please destroy any copies of the fax.

Trading Symbol: OTCBB: MGON



July 20, 2011

Case # 2:11-cv-00926-GMN-RJJ
Assigned to: Judge Gloria M Navarro

Dear Judge Navarro,

I am writing this letter after a brief communication with your offices this morning. Regarding above case matter it is at this time I would like to notify the court that we haven't been able to successfully acquire new council as per last court dated July 7, 2011 when previous council withdrew.

The hardship is two fold to obtain new council:

a) Financially; as retainers have varied from $10,000 to $25,000 USD per law firm

b) Plaintiffs numerous state filings; we are being forced by same law firm for plaintiffs to obtain council in other states to dispute similar claims (CA case # 11CV0811H NLS and NY case # 11 civ.3101(PKC)) The NY state case in May 26 was denied the injunction and temporarily dismissed by Plaintiffs. We didn't obtain any representation. The CA we were granted an extension by SchiffHardin council Alexander Catalona to July 22 to answer to that case which was filed in April 18, 2011.

I have met with Plaintiffs <u>other</u> law firm representative Richard Rossi, Law firm out of Florida where we have been trying to make amicable terms in hopes to resolve matters and save Megola shareholders and company incurred expenses. The issue at hand is the TM to which we only own the Hartindo Anti fire trademark whereas an entire other corporate identity in NJ owns the TM Hartindo AF21. We have offered the TM for the expenses we have incurred to obtain it and Mr Rossi is trying to help negotiations however the legal cases come swiftly not giving much time to resolve amicably.

We are a NV corp. however our offices are located in Canada and we are a developmental company thus funds are sporadic at best and these groups are well aware of our financial hardships as they somewhat attributed to them.

Megola requests the court grant us further extension to retain council as we expect some funds to be available by August 15, 2011.

Regards
Joel Gardner
Megola Inc CEO

Faxed to 702 464 5491

■ 214 LaSalle Road ■ Sarnia ■ Ontario ■ N7T 7H5 ■ tel: (519) 336-0628 ■ fax: (519) 336-0625 ■ toll free: 1-888-558-6389