UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Newstar Chemicals (M) SDN BHD et al   )
)
)
       Plaintiff(s),   )
vs.   )
)   Case # 2:11-CV-0926 GMN-RJJ
)
)
)   **DEFAULT**
Megola Inc   )
)
)
       Defendant(s).   )
_____ )

    It appearing from the records in the above-entitled action that Summons issued on the ____Original____ Complaint ____June 7, 2011____
(Original, Amended, etc)     (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants ____Megola Inc____

_____

_____

in the above-entitled action is hereby entered.

DATED: ____July 22, 2011____           LANCE S. WILSON, CLERK

                                      By: /s/ Eileen Sterba
                                              Deputy Clerk