Maxim H. Waldbaum, *admitted pro hac vice*
Brian Neff, *admitted pro hac vice*
Henry Mann, *admitted pro hac vice*
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Tel.: (212) 753-5000
Fax: (212) 753-5044
mwaldbaum@schiffhardin.com
bneff@schiffhardin.com
hmann@schiffhardin.com

John S. Worden, Nevada Bar # 7563
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Tel.: (415) 901-8700
Fax: (415) 901-8701
jworden@schiffhardin.com

Carlos Blumberg, Nevada Bar #7607
BLUMBERG LAW FIRM
10161 Park Run Drive, Suite #150
Las Vegas, Nevada, 89144
Tel.: (702) 388-0005
Fax: (702) 258-0002
BlumbergLaw@aol.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWSTAR CHEMICALS (M) SDN BHD., a Malaysian private limited company, NEWSTAR HOLDINGS PTE LTD., a Singaporean private limited company, and RANDALL HART,<br><br>        Plaintiffs,<br><br>    v.<br><br>MEGOLA, INC., a Nevada Corporation, and DOES 1 through 500,<br><br>        Defendants. | Case No. 2:11-CV-926-GMN-(RJJ)<br><br>**DECLARATION OF CARLOS BLUMBERG IN SUPPORT OF MOTION TO WITHDRAW** |

I, Carlos Blumberg, Esq., make the following Declaration, pursuant to 28 U.S.C. § 1746:

1. I am an attorney-at-law of the State of Nevada, and the principal of the Blumberg Law Firm, counsel for Plaintiffs in the above-captioned matter. As such, I am fully familiar with the facts set forth below.

2. On August 26, 2011, I received from Schiff Hardin the termination notice from Mr. Hart referred to in Mr. Waldbaum's Declaration in support of Schiff Hardin's motion to withdraw. Although the termination notice was not specifically directed to my firm, I believe its intent was to terminate my firm's services as well. My firm's involvement in this case came about as a result of a long-standing relationship with Schiff Hardin. My firm does not have any independent relationship with Plaintiffs, and I have received no indication that Plaintiffs intended to exclude my services from the termination notice initially sent to Schiff Hardin. I have not had any communication from Plaintiffs, or any new firm purporting to represent them, since August 26, 2011.

3. In addition, Plaintiffs have failed to make timely payment of amounts owed to this firm for attorneys fees and costs.

4. In light of the foregoing, I respectfully request that this firm's motion to withdraw be granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of September 2011.

Las Vegas, Nevada

                                          ___/s/_____
                                          Carlos Blumberg

NY\51050219.1