Maxim H. Waldbaum, *admitted pro hac vice*
Brian Neff, *admitted pro hac vice*
Henry Mann, *admitted pro hac vice*
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Tel.: (212) 753-5000
Fax: (212) 753-5044
mwaldbaum@schiffhardin.com
bneff@schiffhardin.com
hmann@schiffhardin.com

John S. Worden, Nevada Bar # 7563
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Tel.: (415) 901-8700
Fax: (415) 901-8701
jworden@schiffhardin.com

Carlos Blumberg, Nevada Bar #7607
BLUMBERG LAW FIRM
10161 Park Run Drive, Suite #150
Las Vegas, Nevada, 89144
Tel.: (702) 388-0005
Fax: (702) 258-0002
BlumbergLaw@aol.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWSTAR CHEMICALS (M) SDN BHD., a Malaysian private limited company, NEWSTAR HOLDINGS PTE LTD., a Singaporean private limited company, and RANDALL HART,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MEGOLA, INC., a Nevada Corporation, and DOES 1 through 500,<br><br>　　　　　　　　Defendants. | Case No. 2:11-CV-926-GMN-(RJJ)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

-2-

**THIS MATTER** having been presented to the Court upon the motion of Schiff Hardin LLP and the Blumberg Law Firm to withdraw as counsel for Plaintiffs, and the Court having reviewed the Memorandum of Points and Authorities and the Declarations of Maxim H. Waldbaum and Carlos Blumberg submitted in support of said motion, and the Court finding that good cause exists for the requested relief; it is hereby

**ORDERED** that the motion to withdraw is **GRANTED**; and it is further

**ORDERED** that because a corporation may not appear in federal court unless represented by licensed counsel, Plaintiffs Newstar Chemicals (M) SDB BHD and Newstar Holdings PTE LTD shall retain new counsel and such new counsel shall file a notice of appearance not later than   **OCTOBER 13, 2011**  , and it is further

**ORDERED** that Schiff Hardin LLP shall forthwith provide a copy of this Order to Plaintiffs.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2011

Issued: Las Vegas, Nevada

NY\51050196.1